UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

ANDREW MOUNIR,

                  Plaintiff,

         -v-

CITIGROUP GLOBAL MARKETS
HOLDINGS, INC.,

                  Defendant.

21-CV-2667 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    There is no indication on the docket of whether Plaintiff has served Defendant. Plaintiff will have two weeks from the date of this Order to serve Defendant if Plaintiff has not already done so and to file an affidavit of service.

    The Clerk of Court is directed to mail a copy of this Order to the pro se Plaintiff.

    SO ORDERED.

Dated: August 31, 2021
       New York, New York

                                                J. PAUL OETKEN
                                     United States District Judge