UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

ANDREW MOUNIR,

                      Plaintiff,

            -v-                                                         21-CV-2667 (JPO)

CITIGROUP GLOBAL MARKETS HOLDINGS, INC.,                            ORDER

                      Defendant.

---------------------------------------------------------

J. PAUL OETKEN, District Judge:

      Pro se plaintiff Andrew Mounir filed this action in March 2021. (Dkt. No. 1.) In May 2021, the Court ordered the Clerk of Court to issue a summons as to Defendant Citigroup Global Markets Holdings, Inc. ("Citigroup") and directed Mounir to serve the summons and complaint on Citigroup within 90 days of the issuance of the summons. (Dkt. No. 9.) The Clerk of Court issued a summons as to Citigroup on May 5, 2021. (Dkt. No. 10.) Ninety days later, the docket did not indicate whether Mounir served the summons and complaint on Citigroup. On August 31, 2021, the Court sua sponte issued an order giving Mounir two additional weeks to serve Citigroup. (Dkt. No. 13.) Yet the docket still does not reflect whether Mounir ever served the summons and complaint on Citigroup.

      Mounir is directed to advise the Court in writing why he has failed to serve the summons and complaint on Citigroup within the two-week period following the Court's August 31, 2021 order, or, if Citigroup has been served, when and in what manner such service was made. If no written communication is received by May 26, 2022, showing good cause why such service was not timely made, the Court will dismiss the case.

      The Clerk of Court is directed to mail a copy of this Order to the pro se Plaintiff.

      SO ORDERED.

1

2

Dated: May 12, 2022
      New York, New York

                                               J. PAUL OETKEN
                                             United States District Judge